AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** SOUTHERN FLORIDA

UNITED STATES OF AMERICA
v.
JOSEPH J. FELZER

**WARRANT FOR ARREST**

CASE NUMBER **00-6333**

CR-FERGUSON

MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ JOSEPH J. FELZER ____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

FILED by
NOV 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

in violation of Title ____18____ United States Code, Section(s) ____2113(a)____

CLARENCE MADDOX                              CLERK OF THE COURT/COURT ADMINISTRATOR
Name of Issuing Officer                       Title of Issuing Officer

*[signature] Jinny Butler*                    11-30-2000    FT. LAUDERDALE, FLORIDA
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: JOSEPH J. FELZER

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI, 16320 N.W. 2nd Ave, North Miami Beach, Florida 33169