## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by ___ D.C.
FEB - 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | JOSEPH FELZER (J) | CASE NO: | 00-6333-CR-FERGUSON |
| AUSA: | THOMAS LANIGAN | ATTY: | |
| AGENT: | | VIOL: | BANK ROBBERY |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | CJA - Howard Schumacher |
| BOND SET @: | | To be cosigned by: | |

- ❏ Do not violate any law.

  *Defendant Sworn.*

- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 2/8/01 | 10:00 | Snow | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 2/5/01   TIME: 11:00   FTL/LSS TAPE # 01 - 009   Begin: 3333   End: to end

01-010    0 - 113

21