FILED by AV D.C.
FEB - 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6333-CR-FERGUSON

UNITED STATES OF AMERICA

        Plaintiff,

v.

JOSEPH FELZER
        Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language  ENGLISH
Tape No.  01- *009*
AUSA  THOMAS LANIGAN
Agent

The above-named defendant having been arrested on 2/5/01, having appeared before the court for initial appearance on 2/5/01 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. *CJA - Howard Schumacher* appointed as permanent counsel of record.
   Address: *1 East Broward Blvd, Suite 700, Ft. Lauderdale, Fl.*
   Zip Code: *33301* Telephone: *954-356-0477*
3. The defendant shall attempt to retain counsel and shall appear before the court at _____
   on _____.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _____ at _____ before Judge _____ .
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for *2/8/01* at *10.00* before Judge *Snow*.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____
   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   __a. Surrender all passports and travel document to the Pretrial Services Office.
   __b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month in person; other: _____
   __c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
   __d. Maintain or actively seek full time gainful employment.
   __e. Maintain or begin an educational program.
   __f. Avoid all contact with victims of or witnesses to the crimes charged.
   __g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   __h. Comply with the following curfew: _____
   __i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

___j. Comply with the following additional special conditions of this bond:_____

_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the     conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and     revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond  has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 5TH day of FEBRUARY, 2001.

_____
**U. S. MAGISTRATE JUDGE**
**LURANA S. SNOW**

cc: Assistant U.S. Attorney
  Defendant
  Counsel
  Copy for Judge
  Pretrial Services/Probation