AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA
V.
JOSEPH J. FELZER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6333

CR-FERGUSON

MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JOSEPH J. FELZER___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title __18__ United States Code, Section(s) __2113(a)__

CLARENCE MADDOX
Name of Issuing Officer

Jenny Butler
Signature of Issuing Officer

CLERK OF THE COURT/COURT ADMINISTRATOR
Title of Issuing Officer

11-30-2000   FT. LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at WHCAP from Broward Co Sheriff |||
| DATE RECEIVED 11/30/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, USM SD/FL | SIGNATURE OF ARRESTING OFFICER Ed Purchase, SDUSM |
| DATE OF ARREST 02/05/2001 | | |

This form was electronically produced by Elite Federal Forms, Inc.