UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6333-CR-FERGUSON

UNITED STATES OF AMERICA

vs

JOSEPH FELZER

ARRAIGNMENT INFORMATION SHEET

FILED by _____ D.C.
FEB - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 9, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __CUSTODY_____
                    _____
                    Telephone:_____

DEFENSE COUNSEL:    Name: ____HOWARD SCHUMACHER, ESQ._____
                    Address:_____
                    _____
                    Telephone:_____

BOND SET/CONTINUED: $_____150,000 CSB W/NEBBIA_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __9TH__ day of __FEBRUARY_____, 2001.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By:_____
                                  Deputy Clerk

                              Tape No. __01-010(A)_____

cc: Copy for Judge
    U. S. Attorney