UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.                    Case No. 00-6333-CR-FERGUSON

JOSEPH FELTZER,
        Defendant.
_____/

## ORDER OF TRANSFER

GOOD CAUSE appearing therefore pursuant to Local Rule 3.9 and subject to consent herein below, it is

ORDERED that the above defendants only be and the same is hereby transferred to the calendar of the Honorable Daniel T.K. Hurley for all further proceedings.

DATED in Chambers, at Fort Lauderdale, Florida, this _____ day of February 2001.

                              WILKIE D. FERGUSON, JR.
                              UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said defendant. Therefore, it is

ORDERED that all pleadings hereinafter filed as to defendants, Israel L. Able, et al., shall bear the following case, Case No. 00-6333-CR-HURLEY, thereby indicating the judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this __13rd__ day of __March__, 2001.

                              Daniel T. K. Hurley
                              UNITED STATES DISTRICT JUDGE

**Honorable Wilkie D. Ferguson, Jr.**
**Thomas P. Lanigan, AUSA**
**Howard Schumacker, Esq**