*CRIMINAL MINUTES*

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*HONORABLE DANIEL T. K. HURLEY*


FILED by ___ D.C.
MAY 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

=====================================

00-6323-CR
Case No. 00-6333-CR ✓     Date May 25, 2001

Courtroom Deputy: James E. Caldwell     Court reporter: Pauline Stipes

Language Spoken: English     Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Joseph Feltzer

AUSA: Thomas P. Lanigan     DEFENSE COUNSEL: Howard Schumaker

TYPE OF HEARING: Change of plea from not guilty to guilty as to Counts I and II in Case No. 00-6323-CR-Hurley and to Count I in Case No. 00-6333-CR-Hurley.

RESULTS OF HEARING: After an inquiry, the pleas of guilty were accepted.

Misc.: Sentencing date set for Friday, August 17, 2001, at 8:30 a.m.