# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by _____ D.C.
JUL - 8 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

================================================

Case No. 00-6333-CR-DTKH          Date 7-7-03

Courtroom Deputy: ~~James E. Caldwell~~ Irene Rivera     Court reporter: Pauline Stipes

Language Spoken: English     Defendant's Status: (Pretrial Detained) / ~~Bond~~

UNITED STATES OF AMERICA v. Kimberly Adams

AUSA: Karen Atkinson     DEFENSE COUNSEL: Dave Lee Brannon

TYPE OF HEARING: Viol. of Supervised Release
USPO Terry Graves

RESULTS OF HEARING: Court finds def has violated her S.R. and revokes period of S.R. Def. is sentenced to time served and S.R is reimposed for 30 months.

Misc.: Special conditions: 60 day CARP - after completion of CARP def to enter halfway house residential program for 120 days. (Def. to pay financial obligations for halfway house); submit to a search; maintain employment; drug treatment and mental health treatment. All prior terms and conditions [imposed] are to remain the same.