PROB 12C
(SD/FL 3/05)

00-6323-CR-DTKH
00-6333-CR-DTKH

SD/FL PACTS No. 67129

Type of Supervision: Supervised Release

Date Supervision Commenced: May 26, 2006

Assistant U.S. Attorney:
Thomas Lanigan

Defense Attorney:
Howard J. Schumacher, Esq.

## PETITIONING THE COURT



FILED by ___ D.C.

AUG 10 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Standard Condition,** by failing to notify the probation officer of any change in residence. On or about July 14, 2006, the defendant moved from his approved residence of 9801 SW First Street in Plantation, and his whereabouts are unknown. |
| 2 | **Violation of Standard Condition,** by failing to work regularly at a lawful occupation. Since on or about July 15, 2006, the defendant has failed to work regularly as required. |
| 3 | **Violation of Standard Condition,** by failing to follow the probation officer's instructions. On or about June 13, 2006, the defendant was instructed to call the Code-A-Phone Program for dates to report for drug testing. Since July 14, 2006, the defendant failed to call the program as instructed. |
| 4 | **Violation of Special Condition,** by failing to participate in an approved treatment program. On July 12, 2006, the defendant was scheduled to commence outpatient drug and mental health treatment at Compass Health Systems, in Oakland Park, Florida, and to date, he has not participated in treatment as directed. |
| 5 | **Violation of Mandatory Condition,** by failing to satisfy the Court-ordered restitution. On August 17, 2001, restitution in the amount of $3,722.49 was ordered by the Court and the defendant has failed to satisfy this financial obligation as ordered. |



PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 67129

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be revoked.

[]     extended for _ years, for a total term of _ years.

[]     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 3, 2006

Odine Lindor  
U.S. Probation Officer  
Phone: (954) 769-5575

---

THE COURT ORDERS:

[ ]     No Action  
[X]     The Issuance of a Warrant  
[ ]     The Issuance of a Summons  
[ ]     Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

Aug. 9, 2006  
Date