UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-Hurley
00-6333-Hurley

UNITED STATES OF AMERICA,

vs.

Joseph Felzer

### WAIVER OF PRELIMINARY AND FINAL HEARING FOR REVOCATION OF SUPERVISED RELEASE

The defendant having been advised of his right to a final probable cause hearing or examination as to the revocation of his supervised release, and the defendant having refused and waived said hearing, the defendant now signs this **Waiver of Preliminary and Final Hearing for Revocation of Supervised Release.**

DATED: 6/20/07

_____
Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The United States Magistrate Judge certifies that the defendant, after being advised of his right to a final probable cause for revocation of supervised release hearing, stated he refused and waived such hearing, and signed the foregoing Waiver of Preliminary and Final Probable Cause for Revocation of Supervised Release Hearing.

**IT IS ORDERED** that a final probable cause for revocation of supervised release hearing in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the United States District Court.

DATED: 6/20/07    at    WEST PALM BEACH, FLORIDA

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

C:AUSA
  Defense Counsel
  U.S. Probation