PROB 19a                                                                                         SD/FL PACTS No. 67129

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY
         00-6333-CR-HURLEY

U.S.A. vs JOSEPH J. FELZER

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE  523010

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| JOSEPH J. FELZER | MALE | WHITE | 35 |

ADDRESS (STREET, CITY, STATE)
LAST KNOWN ADDRESS: 9801 SW FIRST STREET, PLANTATION, FL 33324

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. DISTRICT COURT, WEST PALM BEACH, FLORIDA | AUGUST 17, 2001 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. DISTRICT COURT, WEST PALM BEACH, FLORIDA

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox |  | AUG 1 0 2006 |

### RETURN

|  | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | 8/10/07 | 6/18/07 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS Ft. Lauderdale, FL

| NAME  Christina Pharo, US Marshal S/D FL | (BY) Sabrina Livingston, ASDUSM | DATE  6/18/07 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."