# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

================================

Case No. 00-6323-CR. / 00-6333-CR.       Date: July 25, 2007
(Start Time: 8:30 a.m.)                  (End Time: 9:20)

Courtroom Deputy: James E. Caldwell      Court reporter: Pauline Stipes

Language Spoken: English                 Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Joseph Felzer

AUSA: Thomas Lanigan       DEFENSE COUNSEL: AFPD Robert E. Adler

TYPE OF HEARING: Sentencing hearing for violating the conditions of supervision.

RESULTS OF HEARING: The defendant was sentenced to imprisonment for time served and reinstatement of supervised release.

Misc.: