# CRIMINAL COURT MINUTES

**U.S. MAGISTRATE JUDGE** LINNEA R. JOHNSON   **DATE:** 02/08/2008   **TIME:** 10:00 AM

**DEFT:** JOSEPH J. FELZER ✓ (J)   **CASE NO:** 00-6323-Cr-HURLEY
00-6333-Cr-HURLEY ✓

**AUSA:** THOMAS LANIGAN / John Kastrenakes   **ATTY:** FPD - Peter Birch ✓

**AGENT:** ODINE LINDOR-PROBATION   **VIOL:** VIOL. OF SUPERVISED RELEASE

**PROCEEDING:** Initial Hearing on Violation of Supervised Release   **RECOMMENDED BOND:** NO BOND RECOMMENDED

**BOND/PTD HEARING HELD** - yes / no   **LANGUAGE:** ENGLISH
**BOND SET @:**   **PRISONER#**

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement/Electronic Monitoring/Curfew ___ paid by ___
- ☐ Other ___

**Disposition:** Initial Detention & hrnd held. Deft present - advised of rights. Court questions deft, finds him indigent & appts FPD. Gov't opposes any bond. Court sets no bond. Deft waives prelim & admits to violation. REP to follow. Sentencing to be set before Judge Hurley.

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**
**REPORT RE COUNSEL:**
**PTD/BOND HEARING:**
**PRELIM/ARRAIGN. OR REMOVAL:**
**STATUS CONFERENCE**
**TAPE No.** LRJ 08-11   **Begin:** 522   **TIME IN COURT:** 15 mins