UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-Cr-HURLEY
00-6333-Cr-HURLEY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSEPH J. FELZER,

Defendant.       /

### REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on February 8, 2008, for a final hearing on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Special Condition, by failing to participate in a Residential Reentry Center (RRC).

On or about January 5, 2008, the defendant was unsuccessfully discharged from the RRC for failing to obey a direct order of the staff and for tampering with a urine specimen.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that JOSEPH J. FELZER be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 8th day of February, 2008.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

c:  The Honorable Daniel T.K. Hurley
    John Kastrenakes, AUSA
    Peter Birch, AFPD
    Odine Lindor, USPO