UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY
CASE NO. 00-6333-CR-HURLEY

UNITED STATES OF AMERICA,
      Plaintiff,

v.

JOSEPH J. FELZER,
      Defendant.
_____/

### ORDER SETTING SENTENCING HEARING FOR VIOLATING SUPERVISION

**THIS CAUSE** is before the court upon report from the United States Probation Office that the defendant in the above captioned case violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. For that reason, it is

**ORDERED** and **ADJUDGED** as follows:

A sentencing hearing will be conducted on **Tuesday, February 26, 2008,** at **8:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of February, 2008.

_____
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Kimberly Dunn Abel
AFPD Robert E. Adler
United States Probation Office
United States Marshal's Service