rlb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6323-CR-HURLEY
00-6333-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH FELZER,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    By: s/Dave Lee Brannon
    Dave Lee Brannon
      Supervisory Assistant
    Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 297941
    450 Australian Avenue, Suite 500
    West Palm Beach, Florida 33401
    Telephone: (561)833-6288; Facsimile: (561)833-0368
    Email: Dave_Brannon@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY certify that on **February 12, 2008**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.



                                      s/*Dave Lee Brannon*
                                      Dave Lee Brannon

**SERVICE LIST**
**UNITED STATES OF AMERICA v. JOSEPH FELZER**
**Case No. 00-6323-CR-HURLEY; 00-6333-CR-HURLEY**

Kimberly Dunn Abel
Kimberly.dunn@usdoj.gov
Assistant United States Attorney
500 Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: 561.820-8711
Facsimile: 561.820.8777
Attorney for Plaintiff