# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURRLEY

================================

Case No. 00-6333-CR.  Date: March 14, 2008
(Start Time: 4:15 p.m.)   (End Time: 5:55 p.m.)

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: English   Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. Joseph Felzer

AUSA: Thomas P. Lanrigan   DEFENSE COUNSEL: AFPD Dave Lee Brannon

TYPE OF HEARING: Sentencing hearing for violating the conditions of supervised release.

RESULTS OF HEARING: After an inquiry, the defendant was sentenced to imprisonment for 1 year and 1 day with no further supervision to follow.

Misc.: