UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6323-CR-HURLEY
CASE NO. 00-6333-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSEPH J. FELTZER,
    Defendant.
_____/

## JUDGMENT & COMMITMENT ORDER
## UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** was before the court for sentencing on March 14, 2008. The above named defendant having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **1 year and 1 day. This term of imprisonment consists of a term of 1 year and 1 day in each of the above captioned cases, to be served concurrent.** *(The court recommend the term of imprisonment be served at a facility capable of caring for the defendant's medical needs.)*

2. Upon the completion of this term of imprisonment, supervision shall be terminated.

3. It is further **ORDERED** and **ADJUDGED** that the defendant is required to pay the outstanding restitution balance of $3,597.49. During the period of incarceration, payment shall be

made as follows: (1) if the defendant earns wages in a Federal Prison Industries (UNICOR) job, then the defendant must pay 25% of wages earned toward the financial obligations imposed by this Judgment in a Criminal Case; (2) if the defendant does not work in a UNICOR job, then the defendant must pay $25.00 per quarter toward the financial obligations imposed in this order.

Upon release of incarceration, the defendant shall pay restitution at the rate of 10% of monthly gross earnings, until such time as the court may alter that payment schedule in the interests of justice. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay. These payments do not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20th day of March, 2008.

**copy furnished:**
AUSA Thomas P. Lanigan
AFPD Dave Lee Brannon
U.S. Marshal Service
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge